UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAKERY, CONFECTIONERY, TOBACCO WORKERS & GRAIN MILLERS' INTERNATIONAL UNION, AFL-CIO LOCAL 85, COMPANY, | No. 2:10-cv-01574-MCE-GGH |
| Petitioner, | |
| v. | **ORDER** |
| RALEY'S, | |
| Respondent. | |

----oo0oo----

Pursuant to its previous Order filed December 2, 2010, the Court ordered that a Joint Status Report be filed in this matter not later than February 3, 2011.  That report was to address the parties' success in informally resolving the selection of a fifth neutral panel member to break the current impasse of the four member panel previously convened to adjudicate outstanding labor issues pending between the parties.

Counsel for Raley's indicates that it made an additional suggestion on how to proceed to counsel for Petitioner on February 3, 2011, the same day the Joint Status Report was filed.

1

Counsel for Raley's has further represented to the Court that the parties are close to resolving the differences between them on processing the two labor grievances that are the subject of the Union's Petition herein. Because Raley's counsel indicates that the Union's counsel is out of town and has been unable to respond to this latest proposal, he asks the Court for additional time in order for the parties to resolve the issue themselves.

Based on the aforementioned representations by counsel for Raley's, the parties are directed to file a Supplemental Joint Status Report in this matter not later than February 17, 2011. After that time the Court will select the additional neutral panel member, and assess attorney's fees as it deems appropriate, without further notice.

IT IS SO ORDERED.

Dated: February 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE