PATRICK W. JORDAN, Bar No. 052115
JORDAN LAW GROUP
1010 "B" Street, Suite 320
San Rafael, California 94901
Telephone (415) 459-9865
Facsimile (415) 459-9871

Attorneys for Respondent
RALEY'S

DAVID A. ROSENFELD, Bar No. 058163
LISL R. DUNCAN, Bar No. 261875
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

Attorneys for Petitioner
BAKERY, CONFECTIONERY, TOBACCO
WORKERS & GRAIN MILLERS' INTERNATIONAL
UNION, AFL-CIO, LOCAL 85

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAKERY, CONFECTIONERY, TOBACCO WORKERS & GRAIN MILLERS' INTERNATIONAL UNION, AFL-CIO, LOCAL 85,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RALEY'S<br><br>　　　　　Respondent.<br><br>AND RELATED CROSS-PETITION. | No.　2:10-cv-01574-MCE-GGH<br><br>STIPULATION AND ORDER CONFIRMING ARBITRATOR'S AWARD |

//

//

//

---

STIPULATION AND [PROPOSED] ORDER CONFIRMING AWARD　　　CASE NO. 2:10-cv-01574-MCE-GGH

1  The undersigned parties, having reached a settlement in the above- referenced matter,
2  hereby stipulate that the September 3, 2009 Decision and Award of Arbitrator David C. Nevins is
3  confirmed.

4  Dated: April 15, 2011

5                                          JORDAN LAW GROUP

6
7                                          By:      /s/ Patrick W. Jordan
                                                PATRICK W. JORDAN
                                                Attorneys for Respondent RALEY'S
8

9  Dated: April 14 , 2011               WEINBERG, ROGER & ROSENFELD
                                        A Professional Corporation
10

11                                         By:      /s/ David R. Rosenfeld
                                                DAVID A. ROSENFELD
12                                              LISL R. DUNCAN
                                                Attorneys for Petitioner
13                                              BAKERY, CONFECTIONERY, TOBACCO
                                                WORKERS & GRAIN MILLERS'
14                                              INTERNATIONAL UNION,
                                                AFL-CIO, LOCAL 85
15

16
                                           ORDER
17
       Pursuant to Stipulation, IT IS SO ORDERED.
18

19  Dated: April 19, 2011

20
                                           _____
21                                         MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE
22