1  DAVID A. ROSENFELD, Bar No. 058163
   LISL R. DUNCAN, Bar No. 261875
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5
   Attorneys for Petitioner
6  BAKERY, CONFECTIONERY, TOBACCO
   WORKERS & GRAIN MILLERS' INTERNATIONAL
7  UNION, AFL-CIO, LOCAL 85

8  PATRICK W. JORDAN, Bar No. 052115
   JORDAN LAW GROUP
9  1010 "B" Street, Suite 320
   San Rafael, California 94901
10 Telephone 415.459.9865
   Fax 415.459.9871
11
   Attorneys for Respondent
12 RALEY'S

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 BAKERY, CONFECTIONERY, TOBACCO      ) No.    2:10-cv-01574-MCE-GGH
   WORKERS & GRAIN MILLERS'            )
17 INTERNATIONAL UNION, AFL-CIO,       )
   LOCAL 85                            )
18                                     ) STIPULATION AND ORDER FOR
                 Petitioner,           ) DISMISSAL
19                                     )
         v.                            )
20                                     )
   RALEY'S                             )
21                                     )
                 Respondent.           )
22                                     )
                                       )
23                                     )
   AND RELATED CROSS-PETITION.         )
24                                     )

25
   //
26
   //
27
   //
28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL          CASE NO. 2:10-cv-01574-MCE-GGH

The undersigned parties, having reached a settlement in the above- referenced matter, hereby stipulate and request that the Court order that the above-entitled matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: April 18, 2011

WEINBERG, ROGER & ROSENFELD
A Professional Corporation


By:  /s/ Lisl R. Duncan
    DAVID A. ROSENFELD
    LISL R. DUNCAN
    Attorneys for Petitioner
    BAKERY, CONFECTIONERY, TOBACCO
    WORKERS & GRAIN MILLERS'
    INTERNATIONAL UNION,
    AFL-CIO, LOCAL 85

Dated: April 18 , 2011

JORDAN LAW GROUP


By:  /s/ Patrick W. Jordan
    PATRICK W. JORDAN
    Attorneys for Respondent RALEY'S


## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.  The Clerk of Court is hereby ordered to close the file.

Dated: April 19, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL    CASE NO. 2:10-cv-01574-MCE-GGH